TOSTRUD LAW GROUP, P.C.
JON A. TOSTRUD
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com

GAINEY McKENNA & EGLESTON
THOMAS J. MCKENNA
440 Park Avenue South, 5th Floor
New York, New York 10016
Telephone: (212) 983-1300
Facsimile No.: (212) 983-0383
tjmckenna@gme-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY HOLZMAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVENSENSE, INC., BEHROOZ ABDI, AMIT SHAH, JON OLSON, ERIC STANG, AMIR FAINTUCH, USAMA FAYYAD, EMIKO HIGASHI, YUNBEI YU, TDK CORPORATION, and TDK SENSOR SOLUTIONS CORPORATION,<br><br>Defendants, | **Civil Action No.: 17-cv-1038**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION** |

1    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Amy Holzman hereby notices the voluntary
2 dismissal of this action.
3
4 Dated:  May 22, 2017
5                                        TOSTRUD LAW GROUP, P.C.
6
7                        By:    /s/ Jon A. Tostrud
                                JON A. TOSTRUD
8                               1925 Century Park East
                                Suite 2100
9                               Los Angeles, CA 90067
                                Telephone: (310) 278-2600
10                              Facsimile: (310) 278-2640
                                jtostrud@tostrudlaw.com
11
12                              GAINEY McKENNA & EGLESTON
                                THOMAS J. MCKENNA
13                              440 Park Avenue South, 5th Floor
                                New York, New York 10016
14                              Telephone: (212) 983-1300
                                Facsimile No.: (212) 983-0383
15                              tjmckenna@gme-law.com
16
17                              Counsel for Plaintiff Amy Holzman
18
19
20
21
22
23
24
25
26
27
28

No. 17-cv-01038-WHA                        2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NAME:     Amy Holzman v. InvenSense, Inc., et al.
CASE NO:       17-cv-1038

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  May 22, 2017.

/s/ Anthony Carter
Anthony Carter
Tostrud Law Group, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA. 90067